IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00051-BNB

ROLANDO J. MARTINEZ,
    Plaintiff,

v.

JAMES E. ABBOTT, Warden,
RICHARD G. LINS,
ROBERT DIRKMAN,
ROBERT WALTER,
ROBBIE BALTON,
JOHN CEVARS, 3412 Case Manager,
MR. STENZEL, Captain, and
CHARLES OLIN, Badge 3220,
    Defendants.



## ORDER OF DISMISSAL

On February 6, 2008, Magistrate Judge Boyd N. Boland entered an order granting Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action. Pursuant to § 1915(b)(1), Magistrate Judge Boland ordered Plaintiff either to pay an initial partial filing fee of $4.00 or to show cause why he has no assets and no means by which to pay the initial partial filing fee. Plaintiff was instructed that, in order to show cause why he cannot pay the $4.00 initial partial filing fee, he must submit a current certified copy of his inmate trust fund account statement. Plaintiff was warned that the complaint would be dismissed without further notice if he failed either to pay the initial partial filing fee or to show cause as directed within thirty days.

On February 21, 2008, Plaintiff submitted to the Court a certified copy of his inmate trust fund account statement, apparently in an attempt to show cause why he is

unable to pay the initial partial filing fee. However, the copy of the certified account statement that Plaintiff submitted to the Court on February 21 is not current. Instead, Plaintiff submitted to the Court a copy of the account statement he previously submitted to the Court on February 1, 2008, in support of his motion seeking leave to proceed *in forma pauperis*. That account statement, which is dated January 22, 2008, does not demonstrate that Plaintiff currently lacks sufficient funds to pay the initial partial filing fee. Therefore, the Court finds that Plaintiff has failed to show cause as directed why he is unable to pay the initial partial filing fee. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice because Plaintiff failed either to pay the initial partial filing fee or to show cause as directed why he has no assets and no means by which to pay the initial partial filing fee.

DATED at Denver, Colorado, this 20 day of March, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-00051-BNB

Rolando J. Martinez
Reg. No. 94438
Crowley County Correctional Facility
6564 Highway 96
Olney Springs, CO 81062

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 3/21/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk